Argued and submitted May 28, affirmed August 20, petition for review denied November 26, 2008 (345 Or 418)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## DAVID ALLEN WHEAT,
*Defendant-Appellant.*

Multnomah County Circuit Court
060532721; A133460

191 P3d 812

Kenneth A. Kreuscher, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Jeremy C. Rice, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Brewer, Chief Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM